ACCEPTED
05-15-00081-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
3/18/2015 5:03:17 PM
LISA MATZ
CLERK

Appellate Docket Number:  05-15-00081-CR

Appellate Case Style: Style:  DEJUAN GEIL HOLLIS

Vs.  State of Texas

Companion Case:  05-15-00126-CR

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
3/18/2015 5:03:17 PM
LISA MATZ
Clerk

Amended/corrected statement:  ☐

## DOCKETING STATEMENT (Criminal)

Appellate Court:  5th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under  TRAP 32)

| I.  Appellant | II.  Appellant Attorney(s) |
|---|---|
| First Name:    DEJUAN | ☒ Lead Attorney |
| Middle Name:  GEIL | First Name:    Celia |
| Last Name:    HOLLIS | Middle Name:    M. |
| Suffix: | Last Name:    Sams |
| Appellant Incarcerated?   ☒ Yes  ☐ No | Suffix: |
| Amount of Bond: | ☒ Appointed     ☐ District/County Attorney |
| Pro Se:  ◯ | ☐ Retained      ☐ Public Defender |
| | Firm Name:     Law Offices of Celia M. Sams |
| | Address 1:     P.O. Box 775 |
| | Address 2: |
| | City:     Rowlett |
| | State:   Texas          Zip+4:   75030 |
| | Telephone:    (972) 475-7476     ext. |
| | Fax:    18662144350 |
| | Email:   celiamsams@gmail.com |
| | SBN:    04722100 |
| | Add Another Appellant/ Attorney |

| III.  Appellee | IV.  Appellee Attorney(s) |
|---|---|
| First Name:     State of Texas- DALLAS  County D. A. | ☒ Lead Attorney |
| Middle Name: | First Name:     SUSAN |
| Last Name: | Middle Name: |
| Suffix: | Last Name:     HAWK |
| Appellee Incarcerated?     ☐ Yes ☐ No | Suffix: |
| Amount of Bond: | ☐ Appointed     ☒ District/County Attorney |
| Pro Se: ◯ | ☐ Retained     ☐ Public Defender |
| | Firm Name:     DALLAS County District Attorney |
| | Address 1:     133 N. RIVERFRONT BLVD |
| | Address 2:     LB 19 |
| | City:     DALLAS |
| | State:   Texas                              Zip+4:   75207 |
| | Telephone:     214 653 3600          ext. |
| | Fax:     214 653 5774 |
| | Email: |
| | SBN:                              Add Another Appellee/ Attorney |

## V.  Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case):     Criminal Felony

Type of Judgment:   Final Judgment

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order:     December 12, 2014

Offense charged:   AGG SEX CONTACT / child / 14

Date of offense:     01-25-2013

Defendant's plea:   Nolo Contendere

If guilty, does defendant have the trial court's certificate to appeal?

☒ Yes   ☐ No

Was the trial by:     ☐ jury or ☒ non-jury?

Date notice of appeal filed in trial court:  February 11, 2015

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed: 5 yrs TDCJ--ID & 0 FINE

Is the appeal from a pre-trial order?   ☐ Yes   ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes   ☒ No

## VI.  Actions Extending Time To Perfect Appeal

Motion for New Trial:     ☐ Yes ☒ No     If yes, date filed:

Motion in Arrest of Judgment: ☐ Yes ☒ No     If yes, date filed:

Other:   ☐ Yes ☒ No          If yes, date filed:

If other, please specify:

## VII.  Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed:   ☐ Yes ☒ No   ☐ NA     If yes, date filed:

Date of hearing:          ☐ NA

Date of order:          ☐ NA

Ruling on motion:  ☐ Granted ☐ Denied ☒ NA     If  granted or denied, date of ruling:

## VIII. Trial Court And Record

Court:    291ST Judicial District

County:  DALLAS

Trial Court Docket Number (Cause no):    F13 51945

Trial Court Judge (who tried or disposed of the case):

First Name:    Jennifer

Middle Name:

Last Name:    Balido

Suffix:

Address 1:    133 N. Riversfront Blvd

Address 2:

City:    Dallas

State:  Texas                    Zip + 4:  75207

Telephone:    214 653 5872          ext.

Fax:    214 653 2768

Email:  Jeanette.Hollingsworth@dallascounty.org

Clerk's Record:

Trial Court Clerk:  ☒ District   ☐ County

Was clerk's record requested?   ☒ Yes  ☐ No

If yes, date requested:

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes  ☐ No  ☒ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record?   ☒ Yes  ☐ No

Was reporter's record requested?     ☐ Yes  ☒ No

Was the reporter's record electronically recorded?   ☒ Yes  ☐ No

If yes, date requested:

Were payment arrangements made with the court reporter/court recorder?     ☐ Yes  ☐ No  ☒ Indigent

---

☒ Court Reporter            ☐ Court Recorder
☐ Official                  ☐ Substitute

First Name:    Peri

Middle Name:

Last Name:    Wood

Suffix:

Address 1:    133 Riverfront

Address 2:

City:    Dallas

State:  Texas                    Zip + 4:  75207

Telephone:    214 653 5873          ext.

Fax:

Email:

|  |
| --- |

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number:                                           Court:

Style:

        Vs.     State of Texas

## X. Signature

_____

Signature of counsel (or Pro Se Party)                              Date:   03/18/2015

_____

                                                   State Bar No: 04722100

Printed Name:

Electronic Signature:  /s/ Celia M. Sams /s/                       Name:  Celia M. Sams
       (Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on  March 18, 2015           .

_____

Signature of counsel (or pro se party)                Electronic Signature: /s/ Celia M. Sams /s/
                                                (Optional)

                                               State Bar No.:   04722100

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:
                       (1) the date and manner of service;
                       (2) the name and address of each person served, and
                       (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: 03/18/2015

Manner Served: Fax

First Name: Susan

Middle Name:

Last Name: Hawk

Suffix:

Law Firm Name: Dallas County District Attorney

Address 1: 133 Riverfront Blvd

Address 2: LB19

City: Dallas

State Texas                    Zip+4: 75207

Telephone: 214 653 3600          ext.

Fax: 214 653 5774

Email: shawk@dallascounty.org

Ver. 1.0.0  7/12